

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-15-00311-CR

Rafael Tellez **MENDEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9933
Honorable Raymond Angelini, Judge Presiding

# **O R D E R**

Sitting:     Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Jason Pulliam, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court